IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| *ex rel.* **ALYSSA ROSE** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SELECT REHABILITATION, LLC** | : | **NO. 17-5434** |

## <u>ORDER</u>

**NOW**, this 6th day of April, 2023, upon consideration of defendant Select Rehabilitation LLC's Motion to Dismiss (Doc. No. 54), the relator's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.